UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR TOWNSEND,

    Plaintiff,

vs.                                    Case No. 2:19-cv-11468-PDB-SDD

AETNA LIFE INSURANCE        HON. PAUL D. BORMAN
COMPANY

    Defendant.

---

| | |
|---|---|
| Troy W. Haney (P48614) | Brian P. Downey, Esq. |
| Haney Law Office, P.C. | Pepper Hamilton LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 330 East Fulton Street | 100 Market Street, Suite 200 |
| Grand Rapids, MI 49503 | Harrisburg, PA 17108-1181 |
| Telephone: 616-235-2300 | Telephone: 717-255-1155 |
| Facsimile: 616-459-0137 | Facsimile: 717-238-0575 |
| Email: thaney@troyhaneylaw.com | Email: downeyb@pepperlaw.com |

---

### PLAINTIFF'S STATEMENT OF
### NO PROCEDURAL CHALLENGE IN ERISA CASE

    NOW COMES Plaintiff, Arthur Townsend, and hereby asserts that no procedural challenge to the Administrator's Decision is asserted in this action.

Dated: September 24, 2019           */s/ Troy W. Haney*
                                                  Troy W. Haney (P48614)
                                                  Haney Law Office, P.C.
                                                  Attorney for Plaintiff
                                                  330 East Fulton Street
                                                  Grand Rapids, MI 49503